No. 564. KITHCART v. METROPOLITAN LIFE INSURANCE Co. December 10, 1945. Petition for writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit denied. *Mr. Martin J. O'Donnell* for petitioner. *Messrs. Henry I. Eager, Charles M. Blackmar* and *Harry Cole Bates* for respondent.

No. 481. LAUGHLIN v. UNITED STATES. December 10, 1945. Petition for writ of certiorari to the United States Court of Appeals for the District of Columbia denied. *Mr. James J. Laughlin, pro se. Solicitor General McGrath, Messrs. Robert S. Erdahl* and *Fred E. Strine* for the United States.

No. 489. ZAP v. UNITED STATES. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit. December 10, 1945. The petition for writ of certiorari in this case is denied for failure to comply with par. 2 of Rule 38 of the Rules of this Court. The brief filed in support of the petition is not "direct and concise" as required by that rule. MR. JUSTICE BLACK is of the opinion that the length of the brief does not justify the action taken by the Court. *Mr. Morris Lavine* for petitioner. *Solicitor General McGrath, Messrs. Robert S. Erdahl, Walter J. Cummings, Jr.* and *Miss Beatrice Rosenberg* for the United States.

No. 420. HAINES v. NIERSTHEIMER, WARDEN. December 10, 1945. Petition for writ of certiorari to the Circuit Court of Randolph County, Illinois, denied.

No. 430. ROONEY v. RAGEN, WARDEN. December 10, 1945. Petition for writ of certiorari to the Criminal Court of Cook County, Illinois, denied.